NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EARVANA, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,**
*Plaintiff-Appellant*

**v.**

**ERNIE BALL, INC., A CALIFORNIA CORPORATION, HOHNER, INC,**
*Defendants-Appellees*

**DOES 1-10, INCLUSIVE,**
*Defendant*

---

2014-1749

---

Appeal from the United States District Court for the Central District of California in No. 2:14-cv-02302-R-E, Judge Manuel L. Real.

---

**JUDGMENT**

---

PETER JON GLUCK, Brown Rudnick, LLP, Irvine, CA, argued for plaintiff-appellant. Also represented by CHRISTIAN E. IVERSEN, Christian E. Iversen Law Offices, Paso Robles, CA.

G. HENRY WELLES, Best Best & Krieger, LLP, Indian Wells, CA, argued for defendants-appellees.

————————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* LOURIE and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<table>
<tr><td>May 12, 2015</td><td>/s/ Daniel E. O'Toole</td></tr>
<tr><td>Date</td><td>Daniel E. O'Toole<br>Clerk of Court</td></tr>
</table>